IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY ORTIZ,<br><br>                *Plaintiff,*<br><br>    v.<br><br>LT. HORSEY, et al.,<br><br>                *Defendants.* | CIVIL ACTION<br>NO. 21-3104 |

## ORDER

AND NOW, this 3rd day of November, 2022, upon consideration of Plaintiff Andy Ortiz's November 2 Letter (ECF 31) and having received notice that the Summons were returned unexecuted as to all of the named defendants because the City of Philadelphia was unable to verify employment (ECF 30), it is **ORDERED** that:

    1.    The Clerk of Court is **DIRECTED** to reissue summonses for the following Defendants: Lt. Horsey, Sgt. White, Correctional Officer Bernett, Correctional Officer Amazon, Correctional Officer Bailey, Correctional Officer Tita, Correctional Officer Petel, and Major Martin. Service of the summonses and the Second Amended Complaint (ECF No. 18) shall be made upon these Defendants by the U.S. Marshals Service. Ortiz will be required to complete USM-285 forms for each of these Defendants so that the Marshals can serve the Defendants. Failure to complete those forms may result in dismissal of this case.

    2.    In the event a summons is returned unexecuted, it is Ortiz's responsibility to ask the Clerk of Court to issue an alias summons and to provide the Clerk with the Defendant's correct address, so service can be made.

2

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.