DATE 2-2-2023

TO: EASTERN DISTRICT COURT OF PA
UNITED STATES DISTRICT COURT

RE: 21-CV-3100, 21-CV-3101, 21-CV-3104, 21-CV-3813

HELLO THIS IS ANDY ORTIZ # QN-9897 AM WRITING TO YALL ABOVE CASE #'S LISTED.
WHICH, I BELIEVE THAT THESE CASE #'S ABOVE WHICH I BELIEVE PASS THRU SCREENING AND SUMMONS WHERE ISSUED TO ALL DEFENDANTS IN EACH CASE # ABOVE. I AM ASKING THE EASTERN DISTRICT COURT'S OF PA IF I CAN MOVE ON TO FILEING A RULE 33 TO THE FEDERAL RULE OF CIVIL PROCEDURES. WHICH, I ALSO, WANT TO FILE A MOTION TO INTERROGATORIES THE DEFEND AND ASK QUESTION TO DEFENDANT TO ANSWER ALL QUESTIONS I ASK UNDER OATH AND IF THEY LIE UNDER OATH THAT PROSECUTION CAN BE MADE. ALSO, FILE A SUMMARY OF JUDGEMENT IN RULE 56 OF THE FEDERAL RULE OF CIVIL PROCEDURE. WHICH I BEEN WAITING ON A RESPONSIVE PLEADING. I WANTED TO KNOW IF FILING THESE MOTIONS WILL BE APPROPRIATE AT THIS TIME.

RESPECTFULLY
SUBMITTED,

Cc Filed - 2-2-23
EASTERN DISTRICT COURT OF PA
PERSONAL COPY

Smart Communications/PADOC

SCI- Somerset
Name ANDY ORTIZ
Number - QN-9897

1590 Walters Mill Rd
Somerset, PA. 15510

PA Dept of Corrections
INMATE MAIL

RECEIVED
FEB - 6 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURTS OF PA
CLERK OF COURTS OFFICE
U.S COURT HOUSE
601 MARKET STREET
PHILADELPHIA, PA. 19106-1797

US POSTAGE — PITNEY BOWES
ZIP 15510
02 1W
0001397502 FEB. 03 2023
$ 000.60⁰