**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA. 19106-1797**

7/21/23

**ANDY ORTIZ**
QN-9897
SCI SOMERSET
1590 WALTERS MILL ROAD
SOMERSET, PA 15510

In response to your letter requesting the status of your case, according to the docket as of this date, the following has been filed in **21-cv-3100, 21-cv-3104**

( ) Motion for

( ) Order granted / denied (see attached entry).

( ) Complaint filed on.

( ) Summons executed / un-executed (see attached entry).

( ) No legal advice.   Please contact the institution's Law Library

( ) Please contact the Marshals with any questions concerning service.

( ) Enclosed are some forms for your convenience.

( ) For the last Order, please see attached.

( X) Docket Sheets are attached.