PSO

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:21-cv-03104-GJP
# Internal Use Only

| | |
|---|---|
| ORTIZ v. AMAZON et al | Date Filed: 07/12/2021 |
| Assigned to: HONORABLE GERALD J. PAPPERT | Jury Demand: None |
| related Cases: 2:21-cv-03100-GJP | Nature of Suit: 555 Prisoner Petitions: Prison Condition |
|        2:21-cv-03101-GJP | Jurisdiction: Federal Question |
|        2:21-cv-03813-GJP | |
| Cause: 42:1983 Prisoner Civil Rights | |

**Plaintiff**

**ANDY ORTIZ**    represented by    **ANDY ORTIZ**
QN-9897
SCI-SOMERSET
1590 WALTERS MILL ROAD
SOMERSET, PA 15510
*PRO SE*

V.

**Defendant**

**CITY OF PHILADELPHIA**
*TERMINATED: 05/04/2022*

**Defendant**

**BLANCHE CARNEY**
*IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE PHILADELPHIA DEPT. OF PRISON*
*TERMINATED: 05/04/2022*

**Defendant**

**C/O BARNETT**
*CORRECTIONAL OFFICER*
*TERMINATED: 01/11/2022*

**Defendant**

**AMAZON**
*CORRECTIONAL OFFICER*

**Defendant**

**PETEL**
*CORRECTIONAL OFFICER*

**Defendant**

BERNETT
*CORRECTIONAL OFFICER*

Defendant

LT. HORSEY

Defendant

SGT. WHITE

Defendant

BAILEY
*CORRECTIONAL OFFICER*

Defendant

TITA
*CORRECTIONAL OFFICER*

Defendant

MAJOR MARTIN

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2021 | 🔒 1 | APPLICATION to Proceed in forma pauperis filed by ANDY ORTIZ..(bw, ) (Entered: 07/13/2021) |
| 07/12/2021 | 2 | COMPLAINT against AMAZON, BARNETT, BLANCHE CARNEY, CITY OF PHILADELPHIA, PETEL, filed by ANDY ORTIZ.(bw, ) (Entered: 07/13/2021) |
| 07/12/2021 | 🔒 3 | Prisoner Trust Fund Account Statement by ANDY ORTIZ. (bw, ) (Entered: 07/13/2021) |
| 07/12/2021 | 4 | MOTION to Appoint Counsel filed by ANDY ORTIZ..(bw, ) (Entered: 07/13/2021) |
| 07/12/2021 | 5 | PRO SE NOTICE RE:GUIDELINES (bw, ) (Entered: 07/13/2021) |
| 07/13/2021 | | COPY OF PRO SE GUIDELINES HAVE BEEN MAILED TO PRO SE, ORTIZ. (bw, ) (Entered: 07/13/2021) |
| 07/15/2021 | 6 | ORDER THAT MOTION TO PROCEED IN FORMA PAUPERIS IS DENIED WITHOUT PREJUDICE. IF ORITZ SEEKS TO PROCEED IFP HE SHALL WITHIN 30 DAYS OF THIS ORDER, FILE A CERTIFIED COPY OF HIS PRISONER ACCOUNT STATEMENT, ETC. ALTERNATIVELY, ORTIZ CAN PAY $402 TO THE CLERK OF COURT. MOTION TO APPOINT COUNSEL IS DENIED WITHOUT PREJUDICE. SIGNED BY HONORABLE GERALD J. PAPPERT ON 7/15/21. 7/16/21 ENTERED AND COPIES MAILED TO ORTIZ. (rf, ) Modified on 7/16/2021 (rf, ). (Entered: 07/16/2021) |
| 07/23/2021 | 7 | MOTION to Appoint Counsel filed by ANDY ORTIZ, Brief. (fdc) (Entered: 07/26/2021) |
| 08/23/2021 | 8 | MOTION to Appoint Counsel, Envelope Attached filed by ANDY ORTIZ..(rf, ) Modified on 8/25/2021 (rf, ). (Entered: 08/25/2021) |
| 08/23/2021 | 🔒 9 | Prisoner Trust Fund Account Statement by ANDY ORTIZ. *envelope attached* (rf, ) (Entered: 08/25/2021) |

| | | | |
|---|---|---|---|
| 09/17/2021 | | 10 | Letter (undated) by ANDY ORTIZ (fdc, ) (Entered: 09/20/2021) |
| 09/17/2021 | | 11 | Letter2 (no date given) by ANDY ORTIZ. (fdc) (Entered: 09/20/2021) |
| 10/25/2021 | | 12 | MOTION to Appoint Counsel filed by ANDY ORTIZ..(fdc, ) (Entered: 10/27/2021) |
| 11/08/2021 | 🔒 | 13 | Letter re Prisoner Trust Fund Account Statement by ANDY ORTIZ. (fdc) Modified on 11/10/2021 (lisad, ). (Entered: 11/09/2021) |
| 12/17/2021 | | 14 | AMENDED COMPLAINT against C/O AMAZON, C/O BARNETT, C/O PETEL, C/O BAILEY, CITY OF PHILADELPHIA, BLANCHE CARNEY filed by ANDY ORTIZ.(fdc) Modified 12/21/21 (fdc). (Main Document 14 replaced on 1/4/2022) (ke, ). (Entered: 12/20/2021) |
| 12/17/2021 | 🔒 | 15 | Prisoner Trust Fund Account Statement by ANDY ORTIZ. (fdc) (Entered: 12/20/2021) |
| 01/11/2022 | | 16 | MEMORANDUM AND OPINION. SIGNED BY HONORABLE GERALD J. PAPPERT ON 1/11/22. 1/11/22 ENTERED. NOT MAILED TO ORTIZ. (fdc) (Entered: 01/11/2022) |
| 01/11/2022 | | 17 | MEMORANDUM AND ORDER THAT LEAVE TO PROCEED IN FORMA PAUPERIS IS GRANTED PURSUANT TO 28 USC SEC. 1915. ANDY ORTIZ, # 1212917, SHALL PAY THE FULL FILING FEE OF $350 IN INSTALLMENTS, ETC. THE AMENDED COMPLAINT IS DEEMED FILED. THE CLERK OF COURT IS DIRECTED TO CORRECT THE NAME OF DEFENDANT C/O BERNETT ON THE DOCKET. FOR THE REASONS STATED IN THE COURTS MEMORANDUM, THE COMPLAINT IS DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE AS OUTLINED HEREIN. UPON THE FILING OF A SECOND AMENDED COMPLAINT, THE CLERK SHALL NOT MAKE SERVICE UNTIL SO ORDERED BY THE COURT. THE CLERK OF COURT IS DIRECTED TO SEND ORTIZ A BLANK COPY OF THE COURTS FORM COMPLAINT FOR A PRISONER FILING A CIVIL RIGHTS ACTION BEARING THE ABOVE CIVIL ACTION NUMBER, ETC. SIGNED BY HONORABLE GERALD J. PAPPERT ON 1/11/22. 1/11/22 ENTERED. NOT MAILED TO ORTIZ. (fdc) Modified on 1/12/2022 (lisad, ). (Entered: 01/11/2022) |
| 01/11/2022 | | | Memorandum and Order (16 & 17) faxed to Warden of Curran-Fromhold Correctional Facility. (fdc) (Entered: 01/11/2022) |
| 01/12/2022 | | | Memorandum and Order (16 & 17) and Prisoner Complaint Form mailed to Ortiz. (fdc) (Entered: 01/12/2022) |
| 02/04/2022 | | 18 | AMENDED COMPLAINT against AMAZON, BERNETT, BLANCHE CARNEY, CITY OF PHILADELPHIA, PETEL, filed by ANDY ORTIZ. (NO FEE PAID; NO IFP FILED)(bw, ) (Entered: 02/07/2022) |
| 02/28/2022 | 🔒 | 19 | Letter re: Panel by ANDY ORTIZ, ENVELOPE ATTACHED (rf, ) (Entered: 03/01/2022) |
| 02/28/2022 | | 20 | MOTION to Appoint Counsel filed by ANDY ORTIZ..(bw) (Entered: 03/02/2022) |
| 03/02/2022 | | 21 | ORDER THAT THE CLERK OF COURT SHAL REFER THESE MATTERS TO THE PRISONER CIVIL RIGHTS PANEL FOR THE EASTERN DISTRICT OF PENNSYLVANIA FOR POSSIBLE APPOINTMENT OF COUNSEL. THE REFERRAL SHALL EXPIRE ON 5/2/2022. SIGNED BY HONORABLE GERALD J. PAPPERT ON 3/2/22. 3/2/22 ENTERED AND COPIES NOT MAILED TO PRO SE.(bw) Modified on 3/3/2022 (bw). (Entered: 03/03/2022) |

| | | |
|---|---|---|
| 03/04/2022 | | COPY OF DOC. NO. 21 HAS BEEN MAILED TO PRO SE. (bw) (Entered: 03/04/2022) |
| 05/04/2022 | 22 | ORDER THAT CLERK OF COURT SHALL REMOVE THESE MATTERS FROM THE PRISONER CIVIL RIGHTS PANEL FOR THE EASTERN DISTRICT OF PENNSYLVANIA. PLAINTIFF MUST REPRESENT HIMSELF AT THIS TIME. SIGNED BY HONORABLE GERALD J. PAPPERT ON 5/4/22. 5/4/22 ENTERED AND COPIES E-MAILED.(bw) (Entered: 05/04/2022) |
| 05/04/2022 | 23 | ORDER THAT THE PLAINTIFF ANDY ORTIZS SECOND AMENDED COMPLAINT 18 , IT IS ORDERED THAT: ORTIZS CLAIMS AGAINST BLANCHE CARNEY AND THE CITY OF PHILADELPHIA ARE DISMISSED WITH PREJUDICE. THE CLERK OF COURT IS DIRECTED TO TERMINATE BLANCHE CARNEY AND THE CITY OF PHILADELPHIA AS DEFENDANTS IN THIS MATTER. THE CLERK OF COURT IS DIRECTED TO ADD THE FOLLOWING DEFENDANTS TO THE DOCKET: LT. HORSEY, SGT. WHITE, CORRECTIONAL OFFICER BAILEY, CORRECTIONAL OFFICER TITA AND MAJOR MARTIN. THE CLERK OF COURT IS DIRECTED TO AMEND THE CAPTION TO REFLECT THE CAPTION ORTIZ USES IN HIS SECOND AMENDED COMPLAINT. (ECF NO. 18.) THE CLERK OF COURT SHALL ISSUE SUMMONSES; AS OUTLINED HEREIN.. SIGNED BY HONORABLE GERALD J. PAPPERT ON 5/4/22. 5/5/22 ENTERED AND COPIES NOT MAILED TO PRO SE.(bw) Modified on 5/5/2022 (bw). (Entered: 05/05/2022) |
| 05/05/2022 | 24 | Summons Issued as Amended Complaint to AMAZON, BAILEY, BERNETT, HORSEY, MARTIN, PETEL, TITA, WHITE. Forwarded To: US MARSHALS OFFICE on 5/5/22 (bw) (Entered: 05/05/2022) |
| 05/05/2022 | | SUMMONS, COPY OF ORDER No. 23 AND COPY OF AMENDED COMPLAINT HAS BEEN E-MAILED TO THE U.S. MARSHALS OFFICE. (bw) Modified on 5/11/2022 (bw). (Entered: 05/05/2022) |
| 05/05/2022 | | DOC. 23 MAILED TO PRO SE. (sg) (Entered: 05/05/2022) |
| 06/01/2022 | 25 | Status Report on Request for USM 285 Form. Initial Notice Mailed 5/24/2022. (bw) (Entered: 06/01/2022) |
| 06/21/2022 | 26 | MOTION to Appoint Counsel filed by ANDY ORTIZ.(bw) (Entered: 06/22/2022) |
| 06/23/2022 | 27 | ORDER THAT THE PLAINTIFF'S MOTION TO APPOINT COUNSEL 26 IS DENIED. PLAINTIFF MUST REPRESENT HIMSELF AT THIS TIME. SIGNED BY HONORABLE GERALD J. PAPPERT ON 6/23/22.6/23/22 ENTERED AND COPIES NOT MAILED TO PRO SE.(bw) Modified on 6/23/2022 (bw). (Entered: 06/23/2022) |
| 06/23/2022 | | Order #27 mailed to Ortiz. (fdc) (Entered: 06/23/2022) |
| 07/11/2022 | 28 | Status Report on Request for USM 285 Form, INITIAL NOTICE MAILED ON 6/30/2022. (bw) (Entered: 07/11/2022) |
| 08/09/2022 | 29 | ORDER THAT THE CLERK OF COURT IS DIRECTED TO AMEND THE DOCKET TO REFLECT THAT PRO SE PLAINTIFF ANDY ORTIZS CURRENT MAILING ADDRESS IS: ANDY ORTIZ, #QN-9897, SCI CAMP HILL, P.O. BOX 200, 2500 LISBURN ROAD, CAMP HILL, PA 17001. IT IS FURTHER ORDERED THAT THE CLERK OF COURT SHALL RESEND THE JULY 13, 2022 ORDER (ECF 3) FILED IN ANDY ORTIZ V. KEEFE COMMISSARY 22-CV-2443 TO PLAINTIFF ORTIZS CURRENT MAILING ADDRESS. SIGNED |

| | | |
|---|---|---|
| | | BY HONORABLE GERALD J. PAPPERT ON 8/9/22. 8/9/22 ENTERED AND COPIES MAILED TO PRO SE.(bw) (Entered: 08/09/2022) |
| 10/27/2022 | 30 | Summons Returned Unexecuted by ANDY ORTIZ as to AMAZON, BAILEY, BERNETT, HORSEY, MARTIN, PETEL, TITA, WHITE. (CITY UNABLE TO VERIFY EMPLOYMENT ON ALL NAMED DEFENDANTS) (bw) (Entered: 10/28/2022) |
| 11/02/2022 | 31 | NOTICE of Change of Address by ANDY ORTIZ(bw) (Entered: 11/03/2022) |
| 11/03/2022 | 32 | ORDER THAT THE CLERK OF COURT IS DIRECTED TO REISSUE SUMMONSES FOR THE FOLLOWINGDEFENDANTS: LT. HORSEY, SGT. WHITE, CORRECTIONAL OFFICER BERNETT, CORRECTIONAL OFFICER AMAZON, CORRECTIONAL OFFICER BAILEY, CORRECTIONAL OFFICER TITA, CORRECTIONAL OFFICER PETEL, AND MAJOR MARTIN. SERVICE OF THE SUMMONSES AND THE SECOND AMENDED COMPLAINT (ECF NO. 18) SHALL BE MADE UPON THESE DEFENDANTS BY THE U.S. MARSHALS SERVICE. ORTIZ WILL BE REQUIRED TO COMPLETE USM-285 FORMS FOR EACH OF THESE DEFENDANTS SO THAT THE MARSHALS CAN SERVE THE DEFENDANTS. FAILURE TO COMPLETE THOSE FORMS MAY RESULT IN DISMISSAL OF THIS CASE. IN THE EVENT A SUMMONS IS RETURNED UNEXECUTED, IT IS ORTIZS RESPONSIBILITYTO ASK THE CLERK OF COURT TO ISSUE AN ALIAS SUMMONS AND TO PROVIDE THE CLERK WITH THE DEFENDANTS CORRECT ADDRESS, SO SERVICE CAN BE MADE. SIGNED BY HONORABLE GERALD J. PAPPERT ON 11/3/22. 11/4/22 ENTERED AND COPIES NOT MAILED TO PRO SE.(bw) (Entered: 11/04/2022) |
| 11/04/2022 | 33 | Summons Issued as to AMAZON, BAILEY, BERNETT, HORSEY, MARTIN, PETEL, TITA, WHITE. E-MAILED To: US MARSHALS OFFICE on 11/3/22 (bw) (Entered: 11/04/2022) |
| 11/04/2022 | | SUMMONS, COPY OF ORDER No. 32 AND COPY OF AMENDED COMPLAINT HAS BEEN E-MAILED TO THE U.S. MARSHALS OFFICE. (bw) (Entered: 11/04/2022) |
| 11/04/2022 | | Order 32 mailed to Ortiz. (fdc) (Entered: 11/04/2022) |
| 01/09/2023 | 34 | NOTICE of Change of Address by ANDY ORTIZ(bw) (Entered: 01/10/2023) |
| 01/13/2023 | 35 | Letter dated 1/13/23 Re: Status Update (Attachments: # 1 Docket Sheet). MAILED TO PRO SE.(kf) (Entered: 01/13/2023) |
| 02/06/2023 | 36 | Plaintiff's Request to File by ANDY ORTIZ. (bw) (Entered: 02/08/2023) |
| 06/20/2023 | 37 | MOTION FOR SUMMONS, EXHIBIT filed by ANDY ORTIZ. *ENVELOPE ATTACHED*(rf, ) (Entered: 06/21/2023) |
| 07/17/2023 | 38 | Plaintiff's Request For Alias Summons by ANDY ORTIZ. (bw) (Entered: 07/18/2023) |
| 07/19/2023 | 39 | Summons Issued as to AMAZON, BAILEY, BERNETT, HORSEY, MARTIN, PETEL, TITA, WHITE. E-MAILED To: U.S. MARSHALS OFFICE and MAILED to: PRO SE on 7/19/23 (bw) (Entered: 07/19/2023) |
| 07/20/2023 | | Summons (#39) mailed to Ortiz. (fdc) (Entered: 07/20/2023) |