# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDY ORTIZ | 21-CV-3104 |
| DEFENDANT | TYPE OF PROCESS |
| Sergeant: R. White | Civil Suit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sergeant: R. White  Philadelphia-Industrail-Correctional-center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8301 State Rd, Philadelphia, PA. 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Andy Ortiz # QN-9897
SCI-Somerset
1590 Walters Mill Rd
Somerset, PA. 15510-0001

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: N/A
DATE: -23

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
District of Origin No. 66
District to Serve No. 66
Date: 8/7/23

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

**REMARKS**

Per City of Phila. Law Dept Tort/Lit. Unit
There is nobody with the title + name SGT. R. White on list of city employees
There is only a Lieutenant White

United States Marshals Service RECEIVED AUG 07 2023 Eastern District of Pennsylvania

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE
Form USM-285
Rev. 11/18

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDY ORTIZ | 21-CV-3104 |
| DEFENDANT | TYPE OF PROCESS |
| Correctional Officer: ~~Mr.~~ Tita | ~~21-CV-3104~~ Civil Suit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Correctional Officer: Tita  Philadelphia-Industrial-Correctional-center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8301 State Rd, Philadelphia, Pa. 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Andy Ortiz # QN-9897
SCI-Somerset
1590 Walters Mill Rd
Somerset, PA. 15510-0001

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Philadelphia-Industrial-Correctional center — K-unit
8301 State Rd, Philadelphia, PA. 19136

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: NA
DATE: -23

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 
District of Origin No. 66
District to Serve No. 66
Date: 8/7/23

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 8/8/23
Time: [ ] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**
Per City of Phila Law Dept. Tort/Lit. Unit
The name Tita does not appear on List of individuals working for the City.
This would indicate They possibly no Longer work for the City and if no Longer employed, Service is not accepted on Their behalf

United States Marshals Service
RECEIVED
AUG 07 2023
Eastern District of Pennsylvania

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# PROCESS RECEIPT AND RETURN

J.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** ANDY ORTIZ | **COURT CASE NUMBER** 21-CV-3104 |
| **DEFENDANT** Correctional Officer: Patel | **TYPE OF PROCESS** ~~21-CV-3104~~ Civil suit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Correctional officer: Patel — Philadelphia-Industrial-Correctional-Center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8301 State Rd, Philadelphia, PA. 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Andy Ortiz # QN-9897
SCI-Somerset
1590 Walters Mill Rd
Somerset, PA. 15510-0001

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: -23

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk
Date: 8/7/23

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 8/8/23

**REMARKS**

Per City of Phila. Law Dept. Tort/Lit. Unit
The name Patel does not appear on list of individuals working for the city of Phila.
This would indicate they possibly no longer work for the City and if no longer employed, service is not accepted on their behalf

United States Marshals Service RECEIVED
AUG 07 2023
Eastern District of Pennsylvania

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| Field | Value |
|---|---|
| PLAINTIFF | ANDY ORTIZ |
| COURT CASE NUMBER | 21-CV-3104 |
| DEFENDANT | Lieutenant: Horsey |
| TYPE OF PROCESS | Civil Suit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Lieutenant: Horsey Philadelphia-Industrial-Correctional-Center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 8301 State Rd, Philadelphia, PA 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
ANDY ORTIZ # QN-9897
SCI-Somerset
1590 Walters mill Rd
Somerset, PA 15510-0001

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: -23

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. 66
District to Serve No. 66
Date: 8/7/23

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 8/8/23

**REMARKS**
Per City of Phila. Law Dept. Tort/Lit. Unit The name Horsey does not appear on List of individuals working for City of Phila. This would indicate They possibly no longer Work for The city and if no Longer employed Service is not accepted on their behalf.

United States Marshals Service RECEIVED AUG 07 2023 Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDY ORTIZ | 21-CV-3104 |
| DEFENDANT | TYPE OF PROCESS |
| Deputy warden: C. Martin | Civil Suit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deputy warden: C. Martin Philadelphia-Industrial-Correctional-Center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8301 State Rd, Philadelphia, PA. 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Andy Ortiz # QN-9897
SCI-Somerset
1590 Walters Mill Rd
Somerset, PA. 15510-0001

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: -23

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk
Date: 8/7/23

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 8/8/23

**REMARKS**

Per City of Phila. Law Dept. Tort/Lit. Unit
The name C. Martin does not appear on list of individuals working for City of Phila. This would indicate they possibly no longer work for the city and if no longer employed service is not accepted on their behalf.

United States Marshals Service RECEIVED AUG 07 2023 Eastern District of Pennsylvania

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| Field | Value |
|---|---|
| PLAINTIFF | ANDY ORTIZ |
| COURT CASE NUMBER | 21-CV-3104 |
| DEFENDANT | Correctional Officer: Amazon |
| TYPE OF PROCESS | Civil Suit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Correctional officer: Amazon Philadelphia-Industrial-correctional-Center
ADDRESS: 8301 State Rd, Philadelphia, PA. 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Andy Ortiz #QN-9897
SCI-Somerset
1590 Walters Mill Rd
Somerset, PA. 15510-0001

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
Correctional Officer: Amazon
Philadelphia-Industrial-correctional-center  F1-unit
8301 State Rd, Philadelphia, PA. 19136

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: -23

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

District of Origin No. 66
District to Serve No. 66
Date: 8/7/23

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 8/8/23

**REMARKS:**
Per City of Phila. Law Dept. Tort/Lit. Unit
The name Amazon does not appear on list of individuals working for City of Phila. This indicates they possibly no longer work for the City, and if no longer employed, service is not accepted on their behalf

United States Marshals Service RECEIVED AUG 07 2023 Eastern District of Pennsylvania

Form USM-285
Rev. 03/21

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDY ORTIZ | 21-CV-3104 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Correctional officer: Bennett | Civil Suit |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

**SERVE AT**: Correctional officer: Bennett Philadelphia-Industrial-Correctional-center

**ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code): 8301 State Rd, Philadelphia, PA. 19136

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

Andy Ortiz # QN-9897
SCI-Somerset
1590 Walters Mill Rd
Somerset, PA. 15510-0001

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Philadelphia-Industrial-Correctional center J-unit
8301 State Rd, Philadelphia, PA. 19136

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: -23

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk
Date: 8/7/23

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**

More info needed to make service
Multiple employee's with same last name

United States Marshals Service RECEIVED AUG 07 2023 Eastern District of Pennsylvania

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18