IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDY ORTIZ, *Plaintiff,* v. AMAZON, et al., *Defendants.* | CIVIL ACTION NO. 21-3104 |

## ORDER

**AND NOW**, this 18th day of August, 2023, upon consideration of Defendant C/O Bailey's August 17 letter request for an extension of time, it is hereby **ORDERED** that the request is **GRANTED**. Bailey shall file a response to Plaintiff's Second Amended Complaint on or before **Friday, September 22, 2023**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.