**Joint Status Report Pursuant to Rule 26(f)**

Caption: ORTIZ v. AMAZON    Civil Action No: 21-CV-3104

Basis of Jurisdiction: ~~State~~ Federal Questions ("1983 claim")

Jury Trial: ✓    Non-Jury Trial: ___    Arbitration: ___

Plaintiff's counsel participating in the Rule 16 Conference: ANDY ORTIZ
Defendants counsel participating in the Rule 16 Conference: Jonah Santiago-Pugan
Do counsel have full authority to settle at Rule 16 Conference? NO
  If not, client with such authority who will attend conference: N/A
When did the parties hold the Rule 26 Conference? 10/26/2023
When did the parties comply with the Rule 26(a)'s duty of self-executing disclosure? Nov. 2, 2023
Does either side expect to file a case-dispositive motion? (yes/no) — a soon a possible.
  If yes, under what Rule 56
  If yes, specify the issue Failure to adduce evidence of the claims. The Defendants
  Proposed deadline for filing dispositive motions: ~~April 5, 2024~~ May 5, 2024
Does either side anticipate the use of experts? Yes, Plaintiff use of experts
  If yes, what is the proposed deadline for expert discovery? April 5, 2024
Approximate date case should be trial-ready: June 4, 2024
Time for Plaintiff's case: 3 days  Time for Defendant's case: 1 day
Is a settlement conference likely to be helpful? Yes  If so, when:
  Early ✓ (yes/no)    After Discovery ___ (yes/no)
Do the parties wish to proceed before a Magistrate Judge for final disposition? NO

Plan for Discovery:

1. The parties anticipate that discovery should be completed within 120 days.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to? 120 DAYS

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)? N/A But, EXPERTS

4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan. Plaintiff will have expert witnesses testimony.

5. If you contend the discovery period to exceed 90 days, please state reason: Pro Se is incarcerated if additional time if needed

6. Do the parties anticipate the need to subpoena any third parties? Carlita Owen (DSS) Captain H (misconducts Hearing Examiner)
   If yes, to the extent any authorizations or releases are required to be signed, counsel should exchange them in advance of the Rule 16 Conference.

SCI- SOMERSET
Name ANDY ORTIZ
Number QN-9897

1590 Walters Mill Rd
Somerset, PA. 15510

RECEIVED
OCT 31 2023
BY:_____

EASTERN DISTRICT COURT OF PA
CLERK OF COURTS, EDPA
JAMES A. BYRNE U.S. COURTHOUSE
ROOM: 2609
601 MARKET STREET
PHILADELPHIA, PA. 19106

PA Dept of Corrections
INMATE MAIL
(Legal Mail)



U.S.M.S.
X-RAY